DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

**Entered on Docket
January 27, 2014
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: January 24, 2014

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: Bernard B. Gallofin
  957 Mission Street, #526
  San Francisco, CA 94103

Chapter 13
Case No.: 08-30689

ORDER VACATING DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

IT IS HEREBY ORDERED that the Order of Discharge of Debtor After Completion of Chapter 13 Plan entered on October 8, 2013 be vacated.

**END OF ORDER**

**COURT SERVICE LIST**

See attached

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 08-30689<br>Northern District of California<br>San Francisco<br>Thu Jan 23 13:21:44 PST 2014 | B-Line, LLC<br>Attn: Steven Kane<br>P.O. Box 91121<br>Dept. 550<br>SEATTLE, WA 98111-9221 | CIT Bank<br>12 Corporate Woods<br>10975 Benson #550<br>Overland Park, KS 66210-2132 |
| East Bay Funding<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 | HC Recovery, Inc.<br>PO Box 849<br>Springdale, AR 72765-0849 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Ste. 200<br>Tucson, AZ 85712-1083 |
| Roundup Funding LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | eCAST Settlement Corporation<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road<br>Suite 200<br>Tucson, AZ 85712-1083 | U.S. Bankruptcy Court<br>235 Pine Street, 19th floor (94104)<br>Post Office Box 7341<br>San Francisco, CA 94120-7341 |
| A Bankruptcy Center of John Raymond<br>1255 Post Street, Ste. 810<br>San Francisco, CA 94109-6719 | American Express<br>Customer Service<br>P.O. Box 7863<br>Fort Lauderdale, FL 33329-7863 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| CIT Bank<br>c/o Sharon L. Stolte<br>Stinson Morrison Hecker LLP<br>1201 Walnut, Suite 2900<br>Kansas City, MO 64106-2178 | Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Comp USA<br>c/o Retail Services<br>P.O. Box 15521<br>Wilmington, DE 19850-5521 |
| Franchise Tax Board<br>Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | GE Money Bank<br>P.O. Box 981438<br>El Paso, TX 79998-1438 | HSBC Bank Nevada, N.A.<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 |
| Household Bank<br>P.O. Box 80084<br>Salinas, CA 93912-0084 | Household Bank<br>P.O. Box 81622<br>Salinas, CA 93912-1622 | Mervyn's<br>P.O. Box 981064<br>El Paso, TX 79998-1064 |
| Office of the U.S. Trustee / SF<br>Office of the U.S. Trustee<br>235 Pine St<br>Suite 700<br>San Francisco, CA 94104-2745 | The CIT Group<br>National Customer Service Center<br>715 South Metropolitan, Ste. 150<br>P.O. Box 24610<br>Oklahoma City, OK 73124-0610 | Union Plus<br>Household Credit Services<br>P.O. Box 80027<br>Salinas, CA 93912-0027 |
| Victoria's Secret<br>World Financial Network National Bank<br>P.O. Box 182128<br>Columbus, OH 43218-2128 | WORLD FINANCIAL NETWORK NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Wells Fargo Bank<br>P.O. Box 4233<br>Portland, OR 97208-4233 |
| Wells Fargo Bank, N.A.<br>Po Box 10438 MAC X2505-016<br>Des Moines, IA 50306-0438 | Wells Fargo Card Services<br>P.O. Box 10347<br>Des Moines, IA 50306-0347 | eCAST Settlement Corporation<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 |

eCAST Settlement Corporation assignee of
GE Money Bank/MERVYNS
POB 35480
Newark NJ 07193-5480

eCAST Settlement Corporation assignee of
HSBC Bank Nevada and its Assigns
POB 35480
Newark NJ 07193-5480

eCAST Settlement Corporation assignee of
Wells Fargo Card Services
POB 35480
Newark NJ 07193-5480

Bernard B. Gallofin
957 Mission Street, #526
San Francisco, CA 94103-2949

David Burchard
393 Vintage Park Drive
Suite 150
Foster City, CA 94404-1172

John D. Raymond
Law Offices of John D. Raymond
P.O. Box 642535
San Francisco, CA 94164-2535

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

(d)East Bay Funding
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29602-0288

(d)HC Recovery, Inc.
PO Box 849
Springdale, AR 72765-0849

(d)Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

End of Label Matrix
Mailable recipients    35
Bypassed recipients     4
Total                  39